UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 SEP -8   A 11: 09

| | |
|---|---|
| JIM E. CLARK, MICHAEL V. CLEGG IV, AND RAVEN CONSTRUCTION OF LOUISIANA, L.L.C. | CIVIL ACTION<br><br>NO. 05-1041-DGMRK |
| VERSUS | |
| DAVID SCOTT PETERSON, WILL KAPAVIK, AND ASSOCIATED CONCRETE CONTRACTORS, INC. EQUAL EMPLOYMENT OPPORTUNITY | |

## MOTION TO DISMISS

Jim E. Clark, Michael V. Clegg IV, and Raven Construction of Louisiana, L.L.C., plaintiffs, move to dismiss the Complaint, with prejudice.

BY ATTORNEYS:

GUGLIELMO, MARKS, SCHUTTE,
TERHOEVE & LOVE
P. O. Box 3177
Baton Rouge, Louisiana 70821-3177
Telephone: (225) 387-8330
Facsimile: (225) 387-8230

By: _____
Charles A. Schutte, Jr.
Bar Roll Number 11846
Attorneys for Jim E. Clark, Michael V. Clegg IV, and Raven Construction of Louisiana, L.L.C.

_____
Michael V. Clegg
(Bar Roll No. 4192)
8714 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: 225-923-1055
Facsimile: 225-923-0955
In Proper Person

52-0355-CAS

JJB

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JIM E. CLARK, MICHAEL V. CLEGG IV, AND RAVEN CONSTRUCTION OF LOUISIANA, L.L.C. | CIVIL ACTION<br><br>NO. 05-1041-D-M2 |

VERSUS

DAVID SCOTT PETERSON, WILL KAPAVIK, AND ASSOCIATED CONCRETE CONTRACTORS, INC. EQUAL EMPLOYMENT OPPORTUNITY

## JUDGMENT

IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice.

Signed on the _____ day of _____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT

52-0355-CAS