UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 SEP -8 PM 4:03

SIGN_____
by DEPUTY CLERK

JIM E. CLARK, MICHAEL V. CLEGG IV,
AND RAVEN CONSTRUCTION OF
LOUISIANA, L.L.C.

CIVIL ACTION

NO. 05-1041-D-M2

VERSUS

DAVID SCOTT PETERSON, WILL KAPAVIK,
AND ASSOCIATED CONCRETE CONTRACTORS, INC.
EQUAL EMPLOYMENT OPPORTUNITY

JUDGMENT

IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice.

Signed on the 8th day of September, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
JAMES J. BRADY

52-0355-CAS